```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

ANDRE LORENZANO              :     CIVIL ACTION
                             :
        v.                   :
                             :
UNIT MANAGER LINK, et al.    :     NO. 11-3551

<u>ORDER</u>

AND NOW, this 7th day of November, 2014, upon consideration of the plaintiff's motion for summary judgment (Docket No. 46), the opposition thereto of defendants Cynthia Link and Lorie Eason ("Commonwealth Defendants"), the Commonwealth Defendants' Motion for Summary Judgment (Docket No. 60), the plaintiff's Motion for Injunctive Relief on Compensatory Settlement Consideration Hearing Along with Affidavit and Medical Report (Docket No. 100), and various other letters filed by the plaintiff with the Court and subsequently docketed on ECF, for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED THAT the above-mentioned motions are DENIED.

It is further ordered that the Clerk of Court shall attempt to obtain counsel for the plaintiff from the volunteer attorney panel.  Counsel to whom the case is sent should be told that the case will go forward to trial.  The Clerk of Court

shall place this case in civil suspense pending the appointment of counsel for the plaintiff.

BY THE COURT:

/s/Mary A. McLaughlin
MARY A. McLAUGHLIN, J.